UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | | |
|---|---|---|
| TRAWLER CAROLINA LADY, INC., | ) | |
| *a North Carolina corporation* | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | No. 4:19-CV-19-FL |
| WILBUR ROSS, *Secretary of Commerce*., | ) | |
| CHRIS OLIVER, *National Oceanic and* | ) | |
| *Atmospheric Administration Assistant* | ) | |
| *Administrator for Fisheries,* MICHAEL | ) | |
| PENTONY, *National Marine Fisheries* | ) | |
| *Service Regional Administrator, Greater* | ) | |
| *Atlantic Regional Fisheries Office,* and | ) | |
| DAVID GOUVEIA, *National Marine* | ) | |
| *Fisheries Service Assistant Regional* | ) | |
| *Administrator for Analysis and Program* | ) | |
| *Support, Greater Atlantic Fisheries Office* | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motion for summary judgment, plaintiff's motion for preliminary injunction, plaintiff's motion to strike, defendants' motion to seal and defendants' emergency motion for clarification.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 16, 2019, and for the reasons set forth more specifically therein, that defendants' motion for summary judgment is granted, defendants' motion to seal is granted, plaintiff's motion for preliminary injunction is denied, and plaintiff's motion to strike and defendants' emergency motion for clarification are denied as moot.

**This Judgment Filed and Entered on July 16, 2019, and Copies To:**
J. Jefferson Newton/ Stevenson L. Weeks (via CM/ECF Notice of Electronic Filing)
Mark A. Brown / Neal Fowler (via CM/ECF Notice of Electronic Filing)

July 16, 2019                           PETER A. MOORE, JR., CLERK

                                                 /s/ Sandra K. Collins
                                             (By) Sandra K. Collins, Deputy Clerk